IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIOVANNA REICHARD, | : |
| Plaintiff, | : CIVIL ACTION NO. 17-2885 |
| v. | : |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 13th day of August, 2018, after considering the defendant's motion for summary judgment (Doc. No. 41), the plaintiff's motion for summary judgment and alternative motion for judgment pursuant to Federal Rule of Civil Procedure 52 (Doc. No. 42), the parties' responses in opposition (Doc. Nos. 43–45), the defendant's reply to the plaintiff's response in opposition (Doc. No. 46), the administrative record (Doc. No. 40), and the parties' pleadings (Doc. Nos. 2, 7); and after hearing oral argument on the parties' cross-motions; accordingly, and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion for summary judgment (Doc. No. 41) is **GRANTED**;

2. The plaintiff's motion for summary judgment and alternative motion for judgment (Doc. No. 42) is **DENIED**;

3. Judgment is **ENTERED** in favor of the defendant, United of Omaha Life Insurance Company, and against the plaintiff, Giovanna Reichard, on her claim pursuant to 29 U.S.C. § 1132(a)(1) in the amended complaint; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.